IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT LEE WRIGHT, #145025,      )
                                 )
    Plaintiff,               )
                                 )
v.                               )     CASE NO.  2:12-cv-88-TMH
                                 )     [wo]
ROBERT BENTLEY and KIM THOMAS,   )
                                 )
    Defendants.              )

**OPINION and ORDER**

On May 2, 2012, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.  (Doc. 13).  Upon an independent review of

the file in this case and upon consideration of the Recommendation of the Magistrate

Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge

be and is hereby ADOPTED, and that this case be and is hereby transferred to the United

States District Court for the Northern District of Alabama pursuant to the provisions of 28

U.S.C. § 1404(a).

DONE this 25th day of May, 2012.


                   /s/ Truman M. Hobbs
                   _____
                   TRUMAN M. HOBBS
                   UNITED STATES DISTRICT JUDGE